Ryan Lee
Law Offices of Ryan Lee, PLLC
7272 E. Indian School Rd.
Suite 540
Scottsdale, AZ 85251
Phone: (323) 524-9500
Fax: (323) 524-9502
ryan@ryanleepllc.com
Attorney for Plaintiff,
Amy May

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
TUCSON DIVISION

| | |
|---|---|
| AMY MAY,<br><br>Plaintiff,<br><br>v.<br><br>RSI ENTERPRISES, INC.,<br><br>Defendant. | No.  Case 4:17-cv-00023-FRZ |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, AMY MAY, ("Plaintiff"), through her attorney, The Law Offices of Ryan Lee, PLLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, RSI ENTERPRISES, INC.

                                                               RESPECTFULLY SUBMITTED,

DATED:  February 7, 2017              By:/s/ Ryan Lee_____
                                                                  Ryan Lee
                                                                  Law Offices of Ryan Lee, PLLC
                                                                  Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

On February 7, 2017, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Voluntary Dismissal to Defense Counsel, Jake Curtis, at jcurtis@bcattorneys.com.

By:/s/ Ryan Lee_____
Ryan Lee